AO 451 (Rev. 12/12) Clerk's Certification of a Judgment to be Registered in Another District

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

*SDC- BALTIMORE*
*23 AUG 15 PM3:56*

*23 mc 415*

| | | |
|---|---|---|
| ELIANTTE & CO | ) | |
| *Plaintiff* | ) | Civil Action No. 20 CIVIL 11113 (VM) |
| v. | ) | |
| GERVONTA DAVIS | ) | |
| *Defendant* | ) | |

## CLERK'S CERTIFICATION OF A JUDGMENT TO BE REGISTERED IN ANOTHER DISTRICT

I certify that the attached judgment is a copy of a judgment entered by this court on *(date)* __June 3, 2022__ .

I also certify that, as appears from this court's records, no motion listed in Fed. R. App. P. 4(a)(4)(A) is pending before this court, the time for appeal has expired, and no appeal has been filed or, if one was filed, it is no longer pending.

Date: __July 25, 2023__

*CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*