23 mc415

USDC- BALTIMORE
'23 AUG 15 PM3:55



ATTORNEYS AT LAW

WWW.RIVKINRADLER.COM

926 RXR Plaza
Uniondale, NY 11556-0926
T 516.357.3000 F 516.357.3333

ELIZABETH S. SY
(516) 357-3187
elizabeth.sy@rivkin.com

August 14, 2023

**VIA FEDEX**

Clerk's Office
United States District Court
District of Maryland
101 West Lombard Street
Baltimore, MD  21201

    Re:   Request to Register Foreign Judgment
             RR File No.:  002273.00004

To Whom It May Concern:

    We represent plaintiff-creditor Eliantte & Co. and would like to register a foreign judgment from the case captioned *Eliantte & Co. v. Gervonta Davis*, 20-cv-11113 (VM) (S.D.N.Y).

    Enclosed please find the certified judgment, completed Clerk's Certification of a Judgment to be Registered in Another Judicial District (Form AO 451), and the docket sheet from the *Eliantte & Co.* action.

    Please kindly send us a copy of the registration/case number once the judgment is registered. Thank you for your assistance.

                           Respectfully submitted,

                           RIVKIN RADLER LLP

                           /s/ *Elizabeth S. Sy*
                           Elizabeth S. Sy

---

66 South Pearl Street, 11th Floor
Albany, NY 12207-1533
T 518.462.3000 F 518.462.4199

25 Main Street
Court Plaza North, Suite 501
Hackensack, NJ 07601-7082
T 201.287.2460 F 201.489.0495

1301 Riverplace Boulevard
Jacksonville, FL 32207-9047
T 904.792.8925 F 904.467.3461

477 Madison Avenue
New York, NY 10022-5843
T 212.455.9555 F 212.687.9044

2649 South Road
Poughkeepsie, NY 12601-6843
T 845.473.8100 F 845.473.8777

7670921.v1